UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ODELPHIA PIERRE,

                Plaintiff,

      - against -

LONG ISLAND RAIL ROAD,
AMTRAK,

              Defendants.
----------------------------------------------------------X

ORDER OF
DISCONTINUANCE

Civil No. 05 1898(ARR)

It having been reported to the Court that the above-captioned actions have been settled,

IT IS HEREBY ORDERED that the action is discontinued.

SO ORDERED:

DATED:    Brooklyn, New York
                June 21, 2006

                                                    _____
                                                      Allyne R. Ross
                                                      United States District Judge

MAILING LIST

Mark Seitelman Law Offices, P.C.
111 Broadway, 9th Floor
New York, NY 10006


Ronald Joseph, Esq.
Landman Corsi Ballaine & Ford
120 Broadway
New York, NY 10271


Mag. Judge Reyes